**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LARON GREEN,

        Petitioner,         Case Number: 2:09-CV-14059

v.         HON. LAWRENCE P. ZATKOFF

LLOYD RAPELJE,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated December 15, 2010, this cause of action is DISMISSED.

Dated at Port Huron, Michigan this 15th day of December, 2010.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE